UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

IRMA RAMIREZ, et al.,            No. C-12-04056 DMR

       Plaintiffs,                      **ORDER TO SHOW CAUSE**

    v.

MYCONOS GREEK RESTAURANT, et al.,

       Defendants.
_____/

Defendants George Papafilis and Agatha Loukopoulos's motion to dismiss [Docket No. 6] was filed on October 5, 2012. Pursuant to Civil Local Rule 7-3, any brief in opposition to Defendants' motion was due on October 19, 2012, but no such opposition has been received. <u>Plaintiffs Irma Ramirez and Daren Heatherly are ordered to respond by **October 31, 2012**, and show cause for their failure to respond</u> to the motion in accordance with Civil Local Rule 7-3(a) or alternatively to file a statement of nonopposition to the motion as required by Civil Local Rule 7-3(b). This order to show cause does not constitute permission to file a late opposition. The hearing on December 13, 2012 is VACATED. A new hearing shall be noticed by the court if necessary. If Plaintiffs do not respond by October 31, 2012, Defendants' motion may be granted.

IT IS SO ORDERED.

Dated: October 24, 2012

_____
DONNA M. RYU
United States Magistrate Judge