**United States District Court**
For the Northern District of California

1

2

3

4

5                  UNITED STATES DISTRICT COURT

6               NORTHERN DISTRICT OF CALIFORNIA

7

8   IRMA RAMIREZ, et al.,              No. C-12-04056 DMR

9         Plaintiffs,             **ORDER TO SHOW CAUSE**

10      v.

11   MYCONOS  GREEK  RESTAURANT,  et  al.,

12         Defendants.
                                           /

13

14       Defendants George Papafilis and Agatha Loukopoulos's motion to dismiss [Docket No. 6]

15 was filed on October 5, 2012.  Pursuant to Civil Local Rule 7-3, any brief in opposition to

16 Defendants' motion was due on October 19, 2012, but no such opposition has been received.

17 Plaintiffs Irma Ramirez and Daren Heatherly are ordered to respond by **October 31, 2012**, and show

18 cause for their failure to respond to the motion in accordance with Civil Local Rule 7-3(a) or

19 alternatively to file a statement of nonopposition to the motion as required by Civil Local Rule 7-

20 3(b).  This order to show cause does not constitute permission to file a late opposition.  The hearing

21 on December 13, 2012 is VACATED.  A new hearing shall be noticed by the court if necessary.  If

22 Plaintiffs do not respond by October 31, 2012, Defendants' motion may be granted.

23       IT IS SO ORDERED.

24

25 Dated:  October 24, 2012

26

27                          _____
                          DONNA M. RYU
                          United States Magistrate Judge

28

IT IS SO ORDERED

Judge Donna M. Ryu

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA