UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

IRMA RAMIREZ, et al.,

        Plaintiffs,

   v.

MYCONOS GREEK RESTAURANT, et al.,

        Defendants.
_____/

No. C-12-04056 DMR

**ORDER DISMISSING CASE WITH PREJUDICE**

This case is hereby DISMISSED WITH PREJUDICE. The court shall retain jurisdiction for the limited purpose of resolving disputes arising out of the Settlement Agreement and General Release.

The Clerk of the Court is directed to close the case file.

IT IS SO ORDERED.

Dated: October 29, 2012

_____
DONNA M. RYU
United States Magistrate Judge